**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LARRY ROSSER, | ) | NO. CV 09-5513-DDP(E) |
| | ) | |
|     Petitioner, | ) | |
| | ) | |
|        v. | ) | JUDGMENT |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
|     Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: September 11, 2009.

　　　　　　　　　　　　　/s/ Dean D. Pregerson
　　　　　　　　　　　　_____
　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE